NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: FREDERICK S. HANSEN, DAVID A. WEBB, STEPHEN ROWLAY,**

*Appellants*

---

2018-1595

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/716,579.

---

## JUDGMENT

---

BENJAMIN LEE KIERSZ, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, argued for appellants. Also represented by JACK S. BARUFKA.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, WILLIAM LAMARCA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 22, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |